UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MIRANDA

CIVIL ACTION NO.: 21-CV-00714

Plaintiff

vs

CITY OF NEW YORK and NEW YORK CITY FIRE DEPARTMENT

Defendant

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **2/23/2021** at **1:21 PM** at **100 Church Street, New York, NY 10007**

deponent served a(n) **Summons in a Civil Action and Complaint Demand for Jury Trial**

on **New York City Fire Department c/o The City of New York**, a domestic corporation,

by delivering thereat a true copy of each to **B. Mazyck** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Female
Skin : Black
Hair : Black/Gray
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : Over 200 Lbs.
Other : Glasses

Sworn to before me this
24th day of February, 2021

_____
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

_____
Juan Pimentel
License No.2066974