UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MARIA MIRANDA,                        :    21cv714(DLC)
                                      :
                    Plaintiff,        :    ORDER
         -v-                          :
                                      :
CITY OF NEW YORK and NEW YORK CITY    :
FIRE DEPARTMENT,                      :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On June 28, 2021, the defendants filed a motion to dismiss the complaint. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by **July 20, 2021**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **July 20, 2021**. Any reply is due **August 3, 2021**.

Dated:   New York, New York
         June 29, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge