**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

MARIA MIRANDA,

        **Plaintiff,**

   v.

**CITY OF NEW YORK and NEW YORK CITY**
**FIRE DEPARTMENT,**

        **Defendants.**
-------------------------------------------------------------------x

**(PROPOSED) CASE MANAGEMENT PLAN**

**CIVIL ACTION NO. 21 CV 714 (DLC)**

The parties in the above-captioned action, having conferred through counsel, hereby propose the following discovery plan:

Initial disclosures to be served by August 13, 2021.

Initial discovery requests to be served by August 31, 2021.

Fact discovery to be completed by February 15, 2021.

Expert reports, if any, due April 15, 2022.

Rebuttal expert reports, if any, due May 16, 2022.

Expert depositions, if any, completed by June 17, 2022.

Dispositive motions due by April 1, 2022.

Dated: New York, New York
     July 12, 2021

**JOSEPH & KIRSCHENBAUM LLP**
*Attorneys for Plaintiff*
32 Broadway, Suite 601
New York, New York 10004


By: _____
      Denise A. Schulman

**GEORGIA M. PESTANA**
Acting Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Room 2-146
New York, New York 10007
(212) 356-1177

           s/ Alana R. Mildner
By: _____
      Alana R. Mildner
      Assistant Corporation Counsel


**SO ORDERED:**

Dated:   July __ , 2021


_____
DENISE L. COTE
United States District Judge

2