```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MARIA MIRANDA,                           :
                                         :
                   Plaintiff,            :       21cv714 (DLC)
                                         :
           -v-                           :          ORDER
                                         :
CITY OF NEW YORK and NEW YORK CITY       :
FIRE DEPARTMENT,                         :
                                         :
                   Defendants.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 28, 2021, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On July 20, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' June 28 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **August 16, 2021**. If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **September 6, 2021.** Defendants shall file any reply by **September 20, 2021**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that an initial pretrial conference is scheduled for **Wednesday, October 6, 2021 at 10:00 a.m.**  The parties shall use the dial-in information from the original notice of initial pretrial conference.


Dated:    New York, New York
           July 26, 2021

                                          _____
                                            DENISE COTE
                                United States District Judge