UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIA MIRANDA,

           Plaintiff,

  v.

CITY OF NEW YORK and NEW YORK CITY
FIRE DEPARTMENT,

           Defendants.
-----------------------------------------------------------x

(PROPOSED) CASE MANAGEMENT PLAN

CIVIL ACTION NO. 21 CV 714 (DLC)

The parties in the above-captioned action, having conferred through counsel, hereby propose the following discovery plan:

Initial disclosures to be served by October 30, 2021.

Initial discovery requests to be served by October 30, 2021.

Fact discovery to be completed by May 16, 2021.

Expert reports, if any, due July 8, 2022.

Rebuttal expert reports, if any, due August 9, 2022.

Expert depositions, if any, completed by September 23, 2022.

Dispositive motions due by July 1, 2022.

Dated: New York, New York
       October 4, 2021

| **JOSEPH & KIRSCHENBAUM LLP** | **GEORGIA M. PESTANA** |
|---|---|
| *Attorneys for Plaintiff* | Acting Corporation Counsel of the |
| 32 Broadway, Suite 601 |   City of New York |
| New York, New York 10004 | *Attorney for Defendants* |
| | 100 Church Street, Room 2-111 |
| | New York, New York 10007 |
| | (212) 356-4382 |
| By: _____/S/_____ | By: _____/S/_____ |
|     Denise A. Schulman |     Rebecca G. Quinn |
| |     Assistant Corporation Counsel |

**SO ORDERED:**

Dated:   October __ , 2021

_____
DENISE L. COTE
United States District Judge