```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARIA MIRANDA,                           :
                                         :
                         Plaintiff,      :
            -v-                          :       21cv714(DLC)
                                         :
CITY OF NEW YORK et al.,                 :          ORDER
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Plaintiff Maria Miranda, a paramedic, has brought employment discrimination and retaliation claims against the City of New York ("the City") and her employer, the New York City Fire Department ("FDNY"). In her July 20, 2021 First Amended Complaint ("FAC"), Miranda alleges that the defendants created a hostile work environment on the basis of gender and retaliated against her for filing complaints about said discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"), the New York State Human Rights Law, N.Y. Exec. Law § 290 et seq. ("NYSHRL"), and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 ("NYCHRL"). The defendants have moved, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Miranda's claims against them. Having reviewed the motion, it is hereby

ORDERED that the defendants' motion to dismiss is denied.

Dated:    New York, New York
          October 5, 2021

                                       _____
                                              DENISE COTE
                                       United States District Judge